In The U.S. District Court
For The Middle District Of TN
At Nashville

ORDER: motion denied.
John Bryant, USMJ

RECEIVED IN CLERK'S OFFICE
MAY 13 2013
U.S. DISTRICT COURT
MID. DIST. TENN.

James Kimbrough
Plaintiff,

V.

Dave Seahorn, and
Madubueze Nwozo M.D.,
Defendants.

Case No. 3:13 cv 0220
Judge Campbell/Bryant

## Motion For Rules

Comes the Plaintiff, James Kimbrough, hereby requesting to be provided with all of the Local Rules of Federal Civil Procedure that are necessary for bringing this matter to Trial and that are required to be known and relied upon by this pro se litigant, to include any and