IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JAMES KIMBROUGH )
)
v. ) NO. 3-13-0220
) JUDGE CAMPBELL
DAVID SEAHORN, et al. )

ORDER

Pending before the Court are a Report and Recommendation of the Magistrate Judge (Docket No. 79) and Objections filed by the Plaintiff (Docket No. 83).

Pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b)(3) and Local Rule 72.03(b)(3), the Court has reviewed *de novo* the Report and Recommendation, the Objections, and the file. The Objections of the Plaintiff are overruled, and the Report and Recommendation is adopted and approved. The Court has examined the exhibits to which Plaintiff refers (Docket No. 74, Exs. A and B), and nothing therein changes the result.

Accordingly, Defendants' Motions for Summary Judgment (Docket Nos. 63 and 68) are GRANTED, and this action is DISMISSED. Any other pending Motions are denied as moot, and the Clerk is directed to close the file. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

                                                                           _____
                                                                           TODD J. CAMPBELL
                                                                           UNITED STATES DISTRICT JUDGE